170 A.3d 943

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
MORGAN T. HARRIS, DEFENDANT-PETITIONER.

September 27, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004462–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 944

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
MONIQUE KENDALL A/K/A MONIQUE KENDAL,
DEFENDANT-PETITIONER.

September 27, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000027–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.